Name: Mariana Bosnjak

Address: P.O. Box 110, Talkeetna, AK 99676

Telephone number: (916) 695-2093

RECEIVED
JAN 17 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Mariana Bosnjak,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Sunshine Community Health Center, Inc.,

(Enter full names of defendant(s) named on EEOC final decision. Do NOT use *et al.*)

Defendant(s).

Case No. 3:23-cv-00009-SLG
(To be supplied by Court)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. **JURISDICTION**

   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2. **PARTIES**

   a. Name of plaintiff: Mariana Bosnjak

   Present mailing address: P.O. Box 110

   Talkeetna, AK 99676

   Phone: (916) 695-2093

   b. Name of first defendant: Sunshine Community Health Center, Inc.

   Present mailing address or business location: HC Box 8190, 34300 Talkeetna Spur Road

   Talkeetna, AK 99676

   Phone: (907) 733-2273

   c. Name of second defendant: ____

   Present mailing address or business location: ____

   Phone: ____

   d. Name of third defendant: ____

   Present mailing address or business location: ____

   Phone: ____

   (Copy this blank page for additional defendants, if necessary, and label it 2A.)

3. **NATURE OF CASE**

   a. The address at which I sought employment or was employed by the defendant(s) is: Wrongful termination of employment over religious objection to mandatory vaccination.

b. The discriminatory acts occurred on or about  09 / 30 / 2021
(month/day/year)

c. The acts complained of in this suit concern:

   i. \_\_\_\_ Failure to employ me

   ii. ✓ Termination of my employment

   iii. \_\_\_\_ Failure to promote me

   iv. \_\_\_\_ Demotion

   v. \_\_\_\_ Denial equal pay/work

   vi. \_\_\_\_ Sexual harassment

   vii. \_\_\_\_ General harassment

   viii. \_\_\_\_ Other (Be specific; attach additional sheet if necessary):

   _____

   _____

d. Defendant's conduct is discriminatory with respect to the following:

   i. \_\_\_\_ My race or color

   ii. ✓ My religion

   iii. \_\_\_\_ My sex

   iv. \_\_\_\_ My national origin

   v. Other: My pregnancy at the time of employment termination

e. I filed a complaint with the Alaska State Commission for Human Rights on or about: 01 / 17 / 2023 (month/day/year)
*I sent an email regarding my case.

f. I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: 02/20/2022 (month/day/year)

g. The EEOC sent a **"Notice of Right to Sue"*** which I received on or about: 10/14/2022 (month/day/year). *Please attach notice.

The notice is attached to this complaint. ✓ Yes ___ No

If not, why not: _____

h. I believe that the defendant(s) is/are still committing these acts against me: Possibly (Yes) ___ No *The clinic still requires COVID-19 vaccine to be rehired.

## 4. CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

a. Count 1: I was wrongfully terminated from my job over my religious objection to mandatory vaccination.

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

I have a sincerely held belief that I should not take the COVID-19 Vaccine. I submitted a religious exemption request, but it was denied. In addition, I was pregnant at the time. Initially pregnant women were exempt from taking the vaccine, but then the employer changed this exemption

and I was mandated to take the vaccine. Please see details in my the Document 1 the following it.

Case 3:23-cv-00009-SLG Document 1 Filed 01/17/23 Page 4 of 6

_____

_____

_____

_____

_____

b.   Count 2:_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## 5. INJURY

How have you been injured by the actions of the defendant(s)?

I lost my medical insurance (which was provided thru work). Because of being a green card holder, I could not apply for Medicaid. I accrued medical bills for my pre, post-natal, and delivery care. Also I lost my source of income, which at the time was the only source of income for my family.

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Be reinstated in my previous job without requirement to take the COVID-19 vaccine, and be reimbursed for my financial losses, including my outstanding medical bills and maternity/family leave.

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_____ (Signature)    01/17/2023 (Date)